Decided October 26, 2004

### JOHN REILLY *v.* JAMES R. SMITH, CLAIMS COMMISSIONER

The plaintiff's petition for certification for appeal from the Appellate Court, 84 Conn. App. 849 (AC 24217), is denied.

*Richard W. Callahan,* in support of the petition.

*Jane R. Rosenberg,* assistant attorney general, in opposition.

Decided October 26, 2004